UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   05-189 M |
| ) | |
| v. ) | |
| ) | |
| JASON OWEN PAUL, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Offense charged:   Assault with a Dangerous Weapon, in violation of Title 18, U.S.C., Sections

113(a)(3) and 1153(a).

Date of Detention Hearing: May 5, 2005.

The Court, having conducted a contested detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions, which Defendant can meet, will reasonably assure the appearance of Defendant as required and the safety of any other person and the community.  The Government was represented by Tessa Gorman.  The defendant was represented by Robert Gombiner.

The Government argued for detention based on elements of danger to the community and risk of flight.  The instant offense involves a drug transaction "gone bad", and the firearm allegedly used during the altercation has not yet been recovered.  The Government expressed concern of the defendant's possible access to this firearm.  The Government argued that the defendant could not be located after the incident and did not surrender for one month.  Additionally, the Government argued that the defendant has no stable residence, no employment stability, and has admitted to the use of cocaine, methamphetamine, and heroin.

The defense argued for release based on the fact that the defendant eventually surrendered

DETENTION ORDER
PAGE -1-

to a tribal officer after the alleged incident.  Additionally, defense stated that the defendant does in fact have a stable residence and poses no risk of flight as he and his girlfriend are preparing for the birth of their first child.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   The defendant's lack of current employment, coupled with his unstable residence and admitted substance abuse is significant when weighing the risk of flight and danger.

(2)   Additionally, from a reading of the Complaint, witness statements to the FBI support the fact that the defendant would have known at the time of the offense that a crime had occurred, yet he fled the scene after the incident and did not surrender for one month.

(3)   The firearm allegedly used in the instant offense has not yet been located which also poses a danger to the community.

(4)   The foregoing assessments support the conclusion the defendant poses both the risk of flight and danger to the community.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

It is therefore ORDERED:

(l)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of May, 2005.

*/s/ M.J. Benton*

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-