The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) NO. 05-191RSL | |
| Plaintiff, ) | |
| v. ) | |
| ) [ORDER TO CONTINUE TRIAL | |
| JASON OWEN PAUL, ) DATE | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the reasons stated in the joint motion of the parties to continue the trial date, and upon a review of the records and files herein, including the Indictment in this case, this Court adopts the stipulation of the parties and FINDS and RULES as follows:

The United States and the Defendant have jointly moved for a continuance of the trial date. As grounds therefor, the parties have cited the unusual factual scenario and the novel issues of law raised by this case. In addition, the parties have indicated that further laboratory testing and the consultation of experts is likely, and, thus, the parties need additional time to pursue those options.

It, therefore, appearing to the Court that the case does present an unusual factual scenario, requiring additional investigation, as well as novel issues of law; and it further appearing that it would be unreasonable to expect adequate preparation for

Order to Continue Trial Date/
United States v. Jason Owen Paul 05-191RSL - 1

1  pretrial proceedings and for the trial itself without a continuance, even with diligent and
2  good-faith efforts by counsel to prepare for trial; and it further appearing that the ends
3  of justice served by granting the requested continuance outweigh the interest of the
4  public and the Defendants in a speedy trial,
5       IT IS ORDERED that the trial date be continued from July 18, 2005, until
6  September 26, 2005.
7       IT IS FURTHER ORDERED that the period of delay from the date of this
8  Order, until September 26, 2005, is excludable time pursuant to 18 U.S.C.
9  § 3161(h)(8)(A), for the purpose of computing the time limitations imposed by the
10 Speedy Trial Act.
11       DATED this 18th day of July, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

/s/ Tessa M. Gorman
TESSA M. GORMAN
Assistant United States Attorney
WSBA# 35908
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Voice (206) 553-4994; Fax (206) 553-0755
Email:  Tessa.Gorman@usdoj.gov

/s/ Robert H. Gombiner*
ROBERT H. GOMBINER
Counsel for Jason Owen Paul
1601 Fifth Avenue, Suite 700
Westlake Center Office Tower
Seattle, Washington  98101
Telephone:  206/553-1100
Facsimile:  206/553-0120
Email:  robert_gombiner@fd.org

Order to Continue Trial Date/
United States v. Jason Owen Paul 05-191RSL - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970