UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR05-191-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JASON OWEN PAUL, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on July 22, 2008. The United States was represented by Assistant United States Attorney Tessa Gorman, and the defendant by Carol Koller.

The defendant had been charged and convicted of Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 113(a)(3) and 1153(a). On or about December 2, 2005, defendant was sentenced by the Honorable Robert S. Lasnik to a term of twelve (12) months and one (1) day in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program.

In a Petition for Warrant or Summons, dated July 10, 2007, U.S. Probation Officer Brian H. Rogers asserted the following violations by defendant of the conditions of his supervised release:

(1) Moving from 1733 Belmont Avenue, Apt. 214, Seattle, WA on or about April 20, 2007, in violation of standard condition #6, that he notify the Probation Officer at least 10 days before a change in residence.

(2) Failing to notify the Probation Officer that he quit his job at Huffman Industries during April 2007, in violation of standard condition #6, that he notify the Probation Officer at least 10 days prior to a change in employment.

(3) Failing to submit a monthly report in April and May, 2007, in violation of standard condition #2, that he submit a truthful and complete written report within the first five days of each month.

The defendant was advised of his rights, acknowledged those rights, and admitted to the three alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on August 27, 2008, at 10:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 22nd day of July, 2008.

/s/ James P. Donohue
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Ms. Tessa Gorman
Defendant's attorney: Mr. Robert Harris Gombiner
Probation officer: Mr. Brian H. Rogers